UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Douglas E. Reuter,  Civil No. 11-331 (SRN/SER)

      Plaintiff,

v.  MEMORANDUM OPINION
AND ORDER

Jax Ltd., Inc.,

      Defendant.

---

Aaron W. Davis and Tye Biasco, Patterson Thuente Christensen Pedersen, P.A., 80 South Eighth Street, Suite 4800, Minneapolis, MN 55402-2100, for Plaintiff.

Robert R. Weinstine and Brent A. Lorentz, Winthrop & Weinstine, P.A., 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402-4629, for Defendant.

---

SUSAN RICHARD NELSON, United States District Judge

    This matter came before the Court on Defendant Jax Ltd., Inc.'s motion for a temporary restraining order against Plaintiff Douglas E. Reuter (Doc. No. 8). Since briefing was allowed by the Court by both parties and a hearing was conducted on the matter, the motion was converted into one for a preliminary injunction. So construed, this Court granted the motion as reflected in Jax's revised proposed Order, Reuter having agreed to the terms of that proposed Order with the exception of the amount of the bond. (Doc. No. 21.) This Memorandum Opinion and Order explains the Court's Order in greater detail.[1]

---

[1] Following this Court's Order of March 18, 2011, Reuter requested that the Court reconsider its ruling and modify the preliminary injunction. (Doc. No. 23.) Jax
(continued...)